# EXHIBIT 8

| | |
|---|---|
| **DISTRICT COURT, ARAPAHOE COUNTY, STATE OF COLORADO**<br>7325 S. Potomac Street<br>Centennial, CO  80112<br><br>JEANETTA VAUGHN,<br><br>Plaintiff,<br><br>v.<br><br>JP MORGAN CHASE & CO. D/B/A CHASE BANK; A CORPORATION, AND TRINA PELECH; AN INDIVIDUAL<br><br>Defendants.<br><br>*Attorneys for Plaintiff*:<br>Iris Halpern (Reg. No. 53112)<br>Crist Whitney (Reg. No. 56608)<br>RATHOD |MOHAMEDBHAI, LLC<br>2701 Lawrence St., Suite 100<br>Denver, CO 80205<br>T: (303) 578-4400<br>Email: ih@rmlawyers.com<br>         cw@rmlawyers.com | DATE FILED: August 28, 2023 3:33 PM<br>FILING ID: BDFE1C01E70D4<br>CASE NUMBER: 2023CV31550<br><br>▲ COURT USE ONLY ▲<br><br><br>Case Number:  2023CV031550<br><br>Div.:  204<br><br>Ctrm.: |
| **WAIVER AND ACCEPTANCE OF SERVICE** ||

   I, Sarah Mathews, of Greenberg Traurig, LLP, declare under penalty of perjury under the laws of the State of Colorado that I am the attorney for Defendants JP Morgan Chase Bank, N.A. ("Chase")[1] and Trina Pelech, that I am authorized to accept service on behalf of said Defendants, and that I have received and accept service of the **Complaint, Summonses, and Civil Cover Sheet on said Defendants and all additional pleadings and documents filed in the above-captioned matter to date.**

---

[1] JPMorgan Chase Bank, N.A. is incorrectly named as JPMorgan Chase & Co.

Dated:  August 28, 2023.

<u>s/Sarah M. Mathews</u>
Naomi G. Beer, # 29144
Sarah Mathews, #54961
GREENBERG TRAURIG, LLP
1144 15th Street, Suite 3300
Denver, Colorado 80202
Telephone: (303) 572-6500
Email: mathewss@gtlaw.com

*Attorney for Defendants*
*Chase and Trina Pelech*

2