**UNITED STATES DISTRICT COURT**
**DISTRICT OF COLORADO**

Civil Action No. 1:23-cv-02266

JEANETTA VAUGHN,

       *Plaintiff,*

v.

JP MORGAN CHASE & CO D/B/A CHASE BANK; a corporation, and
TRINA PELECH; an individual

       *Defendants.*

---

## ENTRY OF APPEARANCE

---

To the clerk of court and all parties of record:

I hereby certify that I am a member in good standing of the bar of this court, and I appear in this case as counsel for Plaintiff.

       DATED: September 6, 2023

       Rathod | Mohamedbhai LLC

       *s/ Iris Halpern*
       Iris Halpern
       2701 Lawrence St.
       Denver, CO 80205
       (303) 578-4400 (t)
       (303) 578-4401 (f)
       ih@rmlawyers.com
       ATTORNEY FOR PLAINTIFF