# Exhibit 1

## Chase Video Footage

The video and audio exhibits referenced herein will be conventionally submitted to the Court.