## Exhibit 2

## Officer Video Footage

The video and audio exhibits referenced herein will be conventionally submitted to the Court.