IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action Number:  1:23-cv-02266-NRN

JEANETTA VAUGHN,

    Plaintiff,

v.

JP MORGAN CHASE & CO. D/B/A CHASE BANK; A CORPORATION, AND
TRINA PELECH; AN INDIVIDUAL

    Defendants.

## DEFENDANTS JPMORGAN CHASE BANK, N.A. AND TRINA PELECH'S NOTICE OF APPEAL AND MANDATORY STAY

Defendants JPMorgan Chase Bank, N.A.[1] ("Chase") and Trina Pelech ("Pelech") (Chase and Pelech referred to collectively as "Defendants"), through undersigned counsel, hereby appeal to the United States Court of Appeals for the Tenth Circuit the Order Denying Defendants' Motion to Compel Arbitration (ECF 34), entered in this case on December 15, 2023.  This appeal is taken pursuant to 9 U.S.C. §16 and subject to a mandatory stay of the district court proceedings.  *Coinbase, Inc. v. Bielski*, 599 U.S. 736, 738, 143 S. Ct. 1915, 1918 (2023) ("The sole question here is whether the district court must stay its pre-trial and trial proceedings while the interlocutory appeal is ongoing.  The

---

[1] JPMorgan Chase Bank, N.A. is incorrectly named as JPMorgan Chase & Co. d/b/a Chase Bank.

1

answer is yes . . . [ ] the district court must stay its proceedings while the interlocutory appeal is ongoing"); *see also* 599 U.S. at 747, 143 S. Ct. at 1923 (concluding that "after Coinbase appealed from the denial of its motion to compel arbitration, the District Court was required to stay its proceedings.").

Dated:  January 11, 2024.

*s/ Naomi G. Beer*
Naomi G. Beer
April C. Connally
GREENBERG TRAURIG, LLP
1144 15th Street, Suite 3300
Denver, Colorado 80202
Telephone: (303) 572-6500
Email: beern@gtlaw.com
    april.connally@gtlaw.com

**Attorneys for Defendants**

2

## CERTIFICATE OF SERVICE (CM/ECF)

      I hereby certify that on January 11, 2024, I caused true and correct copies ot the foregoing Notice of Appeal and Mandatory Stay, to be filed with the Clerk of Court of the United States District Court for the District of Colorado and to be served on all counsel of record via CM/ECF.

*s/ Naomi G. Beer*
Naomi G. Beer